PRAECIPE FOR WARRANT



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 24 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:19cr109 HSO-RHW

SABRINA NICOLE COOPER
a/k/a Sabrina Cooper Morrison
a/k/a Sabrina Nicole Morrison
a/k/a Niki Morrison
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 24th day of July, 2019.

This the 24th day of July, 2019.

D. MICHAEL HURST, JR.
United States Attorney

By: _____Andrea C. Jones_____
ANDREA C. JONES
Assistant U.S. Attorney
MSB # 7664

Warrant issued:_____

USPIS/ACJ